Jackson *v.* Humphrey et al.

the note was given the service under the original contract was still being performed; the result to be accomplished by it was still uncertain, and yet the note was given unconditionally, for a certain sum. It made no reference to any other contract. In such a state of facts, the giving of the note, in the absence of fraud, amounted, in law, to a waiver, because, if such was not the real intention of the parties, still, parol evidence is not admissible to show the note a conditional one. The authorities in this Court are in point. *Miller* v. *White*, 7 Blackf. 491; *O'Donald* v. *The Evansville &c., Co.*, 14 Ind. 259; *The Evansville &c., Co.* v. *Dunn*, 17 Ind. 603. But still the consideration of the note may be disputed.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded for further trial.

*Wm. M. Franklin*, for the appellant.

---

JACKSON *v.* HUMPHREY *et al.*

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—The judgment in this case could not have been reversed on the evidence, had it been for either party. There is evidence tending to support it as it is.

The judgment is affirmed with costs.

*Harrison & Fishback*, for the appellant.